

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2016

No. 04-16-00321-CR

Roy Gene **NEWMAN**,
Appellant
v.
The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-2536-CR-C
The Honorable William Old, Judge Presiding

# O R D E R

This is an attempted appeal from a plea-bargain case in which appellant filed an untimely notice of appeal. The clerk's record has been filed, but no reporter's record has been filed. On May 31, 2016, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Additionally, we noted in our order that the clerk's record contained a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On June 13, 2016, appellant filed a pro se motion for access to the reporter's record. However, the reporter's record is unnecessary under the circumstances presented. *See Greenwell v. Court of Appeals for the Thirteenth Judicial District*, 159 S.W.3d 645, 649 (Tex. 2005) (explaining that when an appeal is barred by Texas Rule of Appellate Procedure 25.2(a)(2), the reporter's record need not be prepared).

Appellant's motion for access to the reporter's record is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court